

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PAUL RANDALL SCHEXNAYDER, et al, *Plaintiffs,* | § § § | |
| v. | § § | Civil Action No. 1:03-CV-1371 |
| SAMSON LONE STAR LIMITED PARTNERSHIP, et al, *Defendants*. | § § § | |

### ORDER OF DISMISSAL

Before the Court is the parties' *Joint Motion of Dismissal* [Clerk's doc. #34]. The parties represent that they reached a settlement in this matter and therefore request dismissal of all allegations, claims and/or causes of action made the basis of this cause of action.

Having considered the motion, the Court finds it to be meritorious. The *Joint Motion of Dismissal* [Clerk's doc. #13] is **GRANTED**.

It is therefore **ORDERED** that the causes of action of plaintiffs, Paul Randall Schexnayder and Vickie G. Schexnayder, filed against Defendants Samson Lone Star Limited Partnership and Helmerick & Payne, Inc., along with any and all causes of action arising from the November 30, 2001, accident made the basis of this action, are **DISMISSED**, with prejudice, with each party to bear their respective costs; and

It is further **ORDERED** that the *Settlement Agreement and Release*, submitted with the *Joint Motion of Dismissal*, is deemed sufficient and accepted by the Court, as requested by the parties; and

It is further **ORDERED** that all pending motions not addressed herein are denied as **MOOT** and this matter may be closed.

It is so ordered.

**SIGNED** this the **10** day of **May, 2005.**

_____
Thad Heartfield
United States District Judge